UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

Case No. 7:24-CV-00318

**SGM DANIEL R. AUXIER**, and
**MARCOS E. MONTEIRO,**

    *Plaintiffs,*

v.

**UNITED STATES SECURITIES &**
**EXCHANGE COMMISSION,**

    *Defendant,*

_____/

**PLAINTIFFS' MOTION FOR VARIOUS NECESSIATED LEAVE**

    Plaintiffs, Sergeant Major DANIEL R. AUXIER ("***Auxier***") and MARCOS E. MONTEIRO ("***Monteiro***," and jointly with Auxier, "***Plaintiffs***"), respectfully move the Court for leave in the form of a clarification regarding the order entered on July 24, 2025 via ECF No. 7; permission to file under seal their Second Amended Complaint, including records, exhibits, etc. in support thereof, which Plaintiff contend should be filed under seal in light of warranting circumstances; and a brief extension of time of two days following the Court's response/order in response hereto to allow Plaintiffs make any necessary adjustments to their already completed seconded Second Amended Complaint, if necessary, and, in support thereof (this "***Motion***"), Plaintiff state as follows:

1

## BACKGROUND

1. On December 6, 2024, Auxier, as a sole plaintiff, commenced this lawsuit by filing the Complaint (this "*Case*"). ECF. No. 1.

2. On December 27, 2025, Auxier filed the First Amended Complaint "as a matter of course," which, in addition to adding Monterio as co-plaintiff, named the UNITED STATES SECURITIES & EXCHANGE COMMISSION ("*SEC*") as the sole defendant, thereby voluntarily removing without prejudice all other defendants. ECF No. 3; *see also* FRCP 15 (allowing parties without need for leave from court to amend the initial pleadings as long as it occurs within twenty-one days from initial filing date of an action).

3. Thereafter, Plaintiffs learned of a significant number of material facts, and discovered crucial evidence from the many filed lawsuits in various jurisdictions involving impacting this matter (this "*Action*") through extensive due diligence, as explained in papers which requested extensions of time and informed the Court the grounds therefore; motions, which, by the way were granted via text-only orders. *See e.g.* ECF Nos. 4-6 (motions, and cover letters evidencing Plaintiffs have not engaged in any improper or dilatory tactics).

4. Notwithstanding, on July 24, 2025, the Court entered an order asking Plaintiffs to show cause for not having effected service that references the initial Complaint and therefore appears to overlook the First Amended Complaint filed thereafter, which supersedes the original papers filed on December 6, 2025. *See* ECF No. 7 (show cause order); *cf.* ECF Nos. 1, 3 (the first Complaint, and First Amended Complaint). Critically, the order asks Plaintiff to show cause for not having served parties not named in the operative First Amended Complaint, and, as such, Plaintiffs request the Court to clarify whether the First Amended Complaint is acknowledged.

5. As to the second relief sought herein, Plaintiffs contend their amended pleadings, records, etc. may impact ongoing investigations by federal regulators regarding this matter, and, as such, respectfully request permission to proceed with sealed filings under Local Rule 5.2.

6. That being said and until the Court has clarified the ambiguity in the order July 24, 2025, Plaintiffs are uncertain whether their Second Amended Complaint requires modifications.

7. Lastly, in order to remain compliant with the Court's order, including a clarification following the submission hereof, Plaintiffs ask for a brief two-day extension of time allowing them modify their pleadings, if necessary.

8. This Motion is not filed for any improper nor dilatory purpose, and Plaintiffs contend the relief sought herein truly serves the ends of *Justice* and therefore warrants the relief sought.

**WHEREFORE**, Plaintiffs respectfully request the Court to enter an order that:

A. Clarifies whether the Court deems the original Complaint or the First Amended Complaint is the operative Complaint;

B. Grants Plaintiffs permission to file the Second Amended Complaint and any accompanying papers in support thereof under seal;

C. Allows submission of the Second Amended Complaint forty-eight hours following the entry of an order relating hereto to ensure Plaintiffs have sufficient time modify, correct, etc. the Second Amended Complaint accordingly; and

D. Issue any other relief warranted under the circumstances.

Respectfully submitted,

/s/ Daniel R. Auxier
SGM DANIEL R. AUXIER
105 Valley Road
Wantage, NJ 07461
Phone No.: 401-523-7599
danforward14@gmail.com

/s/ Marcos E. Monteiro
MR. MARCOS E. MONTEIRO
5321 Dove Tree Street
Orlando, FL 32811
Phone No.: 954-778–1107
marcosm0301@gmail.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that 11:45pm on this August 8, 2025, the foregoing document was submitted to the Clerk of Court intended to be filed and construed to having been filed on the time, and date hereof, with the U.S. District Court, Western District of Texas.

Respectfully submitted,

/s/ Daniel R. Auxier

/s/ Marcos E. Monteiro

4