IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SERGEANT MAJOR DANIEL R. AUXIER and MARCOS E. MONTEIRO,** *Plaintiffs*, | § § § § |
| v. | § MO:24-CV-00318-DC-RCG |
| **SECURITIES & EXCHANGE COMMISSION,** *Defendant.* | § § § § § |

## ORDER

Court records indicate that Plaintiffs Sergeant Major Daniel R. Auxier and Macros E. Monteiro ("Plaintiffs") failed to comply with the Court's August 5, 2025, Text Order Granting Motion for Leave to File Second Amended Complaint. In that Order, the Court stated: "Plaintiffs are ORDERED to file their Second Amended Complaint by August 8, 2025." *Id*. It is now over two weeks past that deadline and Plaintiffs have not filed the appropriate pleadings. The Court notes, however, that on August 8, 2025, Plaintiffs filed a Motion for Various Necessitated Leave. (Doc. 12). While that filing did not satisfy Plaintiffs' obligation under the Court's August 5, 2025, Text Order Granting Motion for Leave to File Second Amended Complaint, the Court will construe the motion as a request for clarification regarding Plaintiffs' obligations. The Court **GRANTS** Plaintiffs' Motion to the extent this Order provides clarity. (Doc. 12).

It is now **ORDERED** that Plaintiffs file a Second Amended Complaint on or before **Wednesday, September 3, 2025**. The Second Amended Complaint, once filed, will become the live pleading before the Court and will supersede all prior complaints.

Plaintiffs are **FURTHER ORDERED** to serve Defendants listed in Plaintiffs' Second

Amended Complaint no later than **thirty days from the date of this Order**. Failure to do so may result in dismissal of this case without prejudice.

It is so **ORDERED**.

SIGNED this 27th day of August, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE