FILED
October 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_J. Barker\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

SGM. DANIEL R. AUXIER, MARCOS E. MONTEIRO & BRADLEY DAVIS

vs.        Case No.: 7:24-CV-318

MCCABE PETROLEUM CORP. ET AL.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now KAWA FOAD, ESQ., applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent PLAINTIFFS in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) KF LAW with offices at:

    Mailing address: 1000 BRICKELL AVENUE, STE. 715

    City, State, Zip Code: MIAMI, FLORIDA 33131

    Telephone: 561-291-0518         Facsimile: N/A

2. Since Dec. 26, 2017, Applicant has been and presently is a member of and in good standing with the Bar of the State of FLORIDA. Applicant's bar license number is 1005257.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. Dist. Ct. Cent. Dist. California | June 15, 2023 |
    | U.S. Dist. Ct. So. Dist. Florida | Sept. 17, 2021 |
    | State Courts of Florida | Dec. 26, 2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
U.S. Cent. District of California (limited/PHV appearance in a now closed case)

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: __Movant will file an Application, if so request.__

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __KAWA FOAD, ESQ.__ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

__KAWA FOAD, ESQ.__
[printed name of Applicant]

_[signature]_
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __29__ day of __September__, __2025__.

__KAWA FOAD, ESQ.__
[printed name of Applicant]

_[signature]_
[signature of Applicant]