UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

SGM. DANIEL R. AUXIER, MARCOS E. MONTEIRO & BRADLEY DAVIS

vs.

MCCABE PETROLEUM CORP. ET AL.

Case No.: 7:24-CV-318

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by KAWA FOAD, ESQ., counsel for PLAINTIFFS, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and KAWA FOAD, ESQ. may appear on behalf of PLAINTIFFS in the above case.

IT IS FURTHER ORDERED that KAWA FOAD, ESQ., if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 29 day of September, 20 25.

_____
UNITED STATES MAGISTRATE JUDGE