IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SERGEANT MAJOR DANIEL R.** § <br> **AUXIER, MARCOS E. MONTEIRO,** § <br> **and BRADLEY DAVIS** § <br>     *Plaintiffs*, § <br> § <br> **v.** § <br> § <br> **SECURITIES & EXCHANGE** § <br> **COMMISSION, et al.,** § <br>     *Defendants.* § | **MO:24-CV-00318-DC-RCG** |

## ORDER FOR PLAINTIFF TO SHOW CAUSE

The Courts records indicate that more than 90 days have passed since the filing of Plaintiffs Daniel R. Auxier, Marcos E. Monteiro, and Bradley Davis's ("Plaintiffs") Second Amended Complaint against Defendants McCabe Petroleum Corporation; Hudspeth Oil Corporation; Arabella Operating, LLC; Trans-Texas Land & Titles, LLC; Magdalena Royalites, LLC; Green Hill Minerals, LLC; Arabella Exploration, LLC; Torchlight Energy Resources, Inc., f/k/a Pole Perfect Studios, Inc.; Tritaurian Capital, Inc.; Wolfbone Investments, LLC; Arabella Royalty Management LLC; Masterson Hazel Partners, LP; Next Bridge Hydrocarbons, Inc.; and Meta Materials, Inc. (collectively, "Defendants"). (Doc. 14). Plaintiffs' Second Amended Complaint was filed on September 3, 2025. *Id.* To date, Plaintiffs have failed to provide proof of service on Defendants.

This Show Cause Order serves as notice to inform Plaintiffs that this action will be dismissed without prejudice as to any unserved Defendants unless Plaintiffs effect **within seven (7) days of the date of this Order**, or show good cause for failing to timely serve Defendants, in accordance with Federal Rule of Civil Procedure 4(m). "Good cause" under Rule 4(m) requires "at least as much as would be required to show excusable neglect, as to which simple

inadvertence or mistake of counsel or ignorance of the rules usually does not suffice." *Lambert v. United States,* 44 F.3d 296, 299 (5th Cir. 1995). If dismissal of the case as to the unserved Defendants is satisfactory to Plaintiffs, no action is required.

**IT IS HEREBY ORDERED** that Plaintiffs **serve Defendants within seven (7) days of the date of this Order, or explain why good cause exists for Plaintiffs' failure to serve Defendants within 90 days after the Amended Complaint was filed**, as required by Federal Rule of Civil Procedure 4(m). Failure to do so may result in dismissal of this case without prejudice.

It is so **ORDERED.**

SIGNED this 5th day of December, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE