**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **SERGEANT MAJOR DANIEL ROBERT AUXIER, *et al.*,** *Plaintiffs,* **v.** **SECURITIES & EXCHANGE COMMISSION, *et al.*;** *Defendants.* | § § § § § § § § § § § § § | **MO:24-CV-00318-DC** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation (Doc. 23) from United States Magistrate Judge Ronald C. Griffin concerning Plaintiffs' Second Amended Complaint (Doc. 14). The Magistrate Judge issued his R&R on March 9, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). No objections have been timely filed, so this Court reviews the R&R for clear error, finding none.

The Court thus **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** this case for want of prosecution in accordance with Federal Rule of Civil Procedure 41.

It is so **ORDERED**.

SIGNED this 31st day of March, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE